# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | | |
|---|---|---|
| **JESSE FULLER** and **KATHY ROSE FULLER,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **2:19-cv-00091-SPM** |
| v. | ) ) ) | **Magistrate Judge Mensah** |
| **FABER & BRAND, LLC,** | ) ) ) | |
| **Defendant.** | ) | |

## NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiffs, JESSE FULLER and KATHY ROSE FULLER, hereby respectfully apprise this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiffs further state as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing the terms of the settlement agreement, Plaintiffs respectfully request a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties specifically request that the Rule 16 Conference scheduled for March 10, 2020, be stricken.

4. Further, Plaintiffs and Defendant have entered into a settlement agreement such that Defendant has agreed to finalize the settlement within 30 days.

5.	In order to ensure that this Court retain jurisdiction to enforce the settlement agreement between the parties, should the need arise, Plaintiffs request that she be granted 45 days within which to file an appropriate stipulation to dismiss this matter with prejudice.

        Respectfully submitted,
        **JESSE FULLER and**
        **KATHY ROSE FULLER**

By:   s/ David M. Marco
       Attorney for Plaintiffs

Dated: March 5, 2020

David M. Marco
IL Bar No. 6273315/FL Bar No. 125266
SMITHMARCO, P.C.
55 W. Monroe Street, Suite 1200
Chicago, IL 60603
Telephone:	(312) 546-6539
Facsimile:	(888) 418-1277
E-Mail:	dmarco@smithmarco.com

## **CERTIFICATE OF SERVICE**

I certify that on March 5, 2020, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court using the CM/ECF System, which will then send such notification to all counsel of record.

By:   <u>s/ David M. Marco</u>
       Attorney for Plaintiffs